

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

May 28, 1969

Honorable Jesse James  
State Treasurer  
Capitol Building  
Austin, Texas

Opinion No. (M-406)

Re: Whether the State Trea-
surer is required to publish
the information required in
Section 5, Article 4.08, Texas
Insurance Code, under the
stated circumstances.

Dear Mr. James:

Your request for an opinion involves Section 5 of Article
4.08, Texas Insurance Code, which requires that the State Trea-
surer on or before the first day of September following the re-
ceiving of the reports required under Section 4 of said Article,
shall cause to be published notices based on the information con-
tained in such reports. The State Treasurer is requested to
cause all items in such reports that are in the sum of $50.00 or
more to be published. Subsection (c) of Section 5 reads, in part,
as follows: "It shall not be obligatory upon the State Treasurer
to publish any item of less than Fifty Dollars ($50) in such notice,
unless the State Treasurer deems such publication to be in the
public interest."

Your question asks whether the State Treasurer is re-
quired to publish the information required in Section 5, Article
4.08, Texas Insurance Code, under the following circumstances:

"An out of state insurance company has tendered reports
required under the provisions of Article 4.08, Texas Insurance
Code, for the years 1965 through 1968, including in such reports
many items over $50.00 each. In each instance the subject company
has declined to forward any remittance, claiming Statutes of
Limitations as the reason for non-payment. The current years'
report has been received reporting a total amount in excess of
$24,000.00, including a great many items over $50.00."

Article 4. 08, Section 5, is as follows:

"On or before the first day of September following the making of such reports under Section 4, the State Treasurer shall cause to be published notices based on the information contained in such reports and entitled: "NOTICE OF CERTAIN UN-CLAIMED FUNDS HELD AND OWING BY LIFE IN-SURANCE COMPANIES. " Such a notice shall be published once in a newspaper published or having a general circulation in each county of this state in which is located the last known address of a person appearing to be entitled to such funds. "

The above quoted Section 5 does not permit any discretion on the part of the State Treasurer with regard to the publication of the information required in Section 4 of Article 4. 08. Said Section 5 makes it mandatory upon the State Treasurer to publish notices based upon the information contained in the reports re-quired by Section 4. Therefore, it is the opinion of this office that the State Treasurer must comply with the publication require-ments of Section 5, Article 4. 08 under the circumstances outlined.

## SUMMARY

When an insurance company complies with Article 4. 08, Section 4, Texas Insurance Code, the State Treasurer is obligated to publish the notice re-quired by Section 5 of 4. 08, even though at the time of filing said reports the insurance company denies liability for the funds set out in the report on the basis that any claim against the funds are barred by the statute of limitations.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Sam Kelley
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
George Kelton, Vice-Chairman
Fielding Early
Camm Lary
Alan Minter
Roy Mauer

W. V. Geppert
Staff Legal Assistant

Hawthorne Phillips
Executive Assistant